UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ROCHELLE FRIEDMAN.　　　　　　　　　　　Case No.: 2:22-cv-003858
　　　　　　　　　　　　　　　　　　　　　(WFK) (SJB)
　　　　　　Plaintiff

　- against -

　　　　　　　　　　　　　　　　　　　　**ORDER TO SHOW CAUSE**

UNIVEST BANK AND TRUST CO.,

　　　　　　Defendant
----------------------------------------X

　　　　Upon the annexed Declaration of Frank R. Seddio, Esq. sworn to on September 29, 2022, the annexed memorandum of law, and all prior pleadings and proceedings had herein, it is

　　　　ORDERED, that all parties show cause before this Court, at Room ____, of the United States Courthouse, 225 Camden Plaza East, Brooklyn, NY 11210, in the County of Kings and the State of New York on _____ _____, 2022, at _____ o'clock in the _____ thereof, or as soon thereafter as counsel may be heard, why an order should not be entered pursuant to Local Rule 1.4 allowing Seddio & Associates, P.C. and Frank R. Seddio, Esq. to withdraw as attorney of record for PlaintiffsRo in this action and to stay these proceedings for 60 days, or such other time as the Court may permit, to enable Plaintiff to obtain new counsel; and it is further

　　　　ORDERED that service of a copy of the annexed order to show cause and the papers upon which it based on Plaintiff by Fedex overnight courier and upon Defendant's counsel via email on or before _____ ____, 2022 be deemed good and sufficient service thereof.

　　　　　　　　　　　　　　　　　　　　Hon._____
　　　　　　　　　　　　　　　　　　　　　　　　U.S.M.J.