UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHELLE FRIEDMAN<br><br>        Plaintiff,<br><br>v.<br><br>UNIVEST BANK AND TRUST CO.<br><br>        Defendant. | **CERTIFICATE OF SERVICE**<br><br>No. 22-CV-03858 |

    I, Paige M. Willan, hereby certify that, on October 12, 2022, I caused true and correct copies of the Notice of Motion, Univest Bank and Trust Co.'s Memorandum of Law in Support of its Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11, and Declaration of Lisa Mantz, with exhibits, to be served via electronic mail and via Federal Express on counsel for plaintiff Rochelle Friedman at the following address:

        Frank R. Seddio, Esq.
        Seddio & Associates, P.C.
        9306 Flatlands Avenue
        Brooklyn, New York 11236
        seddiolaw@gmail.com

Dated: Philadelphia, Pennsylvania
       October 12, 2022

        */s/ Paige M. Willan*
        Paige M. Willan
        KLEHR HARRISON HARVEY BRANZBURG LLP
        5 Penn Plaza, 19th Floor
        New York, New York 10001
        (332) 600-5580 (p)
        (332) 600-7230 (f)
        pwillan@klehr.com

        *Attorneys for Defendant*
        *Univest Bank and Trust Co.*

10212621.v1