

# Seddio & Associates, P.C.

ATTORNEYS and COUNSELORS AT LAW
9306 Flatlands Avenue
BROOKLYN, NEW YORK 11236

HON. FRANK R. SEDDIO
Former Judge, Surrogate's Court
Kings County
EMAIL: SEDDIOLAW@GMAIL.COM

TEL. (718) 272-6040

CHUNWEI MAO, ESQ
VMAO@SEDDIOLAW.COM

ADAM KALISH, of Counsel

October 26, 2022

Hon. William F. Kuntz, II

U.S. District Court

Eastern District of New York

Re: *Friedman v. Univest Bank and Trust Co.*, No. 22-CV-003858 (E.D.N.Y.)

Dear Judge Kuntz,

    May I respectfully request the above captioned matter be adjourned until mid-December 2022, or any date thereafter this court may desire. My client has had a death of a member of her immediate family occur this week. She is currently sitting "Shiva" and will then observe a 30 day mourning period which will end on Thursday, November 24th which is Thanksgiving.

    Given the circumstances any date after December 7th would be greatly appreciated, as that would be a date that would serve all parties.

    I have informed Paige M. Willan, the Opposing Counsel, of this circumstance.

    Thank you for your consideration in this matter.

Sincerely Yours,

Frank R. Seddio