UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROCHELLE FRIEDMAN,<br><br>                  Plaintiff,<br><br>  -against-<br><br>UNIVEST NATIONAL BANK AND TRUST CO.,<br><br>                Defendant. | Case Number:<br>1:22-cv-03858-WFK-SJB<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel of record for Plaintiff, ROCHELLE FRIEDMAN, in the above-captioned action. I certify that I am admitted to practice in this Court.

PLEASE TAKE FURTHER NOTICE that all pleadings, papers and documents required to be served in this action upon ROCHELLE FRIEDMAN should be served upon the undersigned.

Dated: Floral Park, New York
       January 13, 2023

                                             ROY FARID LLP

                              By: **/s/ Margaret Farid**
                                      Margaret Farid
                                      206 Jericho Turnpike, Fl. 2 Floral Park, NY 11432
                                      T: (718) 971-1909
                                      F: (585) 204-3270
                                      mfarid@royfarid.com

                                      *Attorneys for Plaintiff*