UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X      Case No.: 1:22-cv-03858 (WFK)(SJB)
ROCHELLE FRIEDMAN,

                Plaintiff,      **ORDER TO SHOW CAUSE**

  -against-

UNIVEST NATIONAL BANK AND TRUST CO.,

                Defendant.
---------------------------------------------------------------X

      **UPON** reading the Affirmation of Margaret Farid, Esq., dated February 13, 2023 and upon all the prior pleadings and proceedings heretofore had herein, and good cause having been shown, it is hereby:

      **ORDERED** that Plaintiff ROCHELLE FRIEDMAN ("Plaintiff"), show cause before this Court at the Federal Courthouse located at 225 Cadman Plaza East, Brooklyn, New York 11201, before Magistrate Judge Sanket J. Bulsara on the ___ day of _____, 2023 at _____: o'clock in the _____ on that day, why an Order should not be made and entered herein:

1. Permitting Roy Farid LLP to withdraw as counsel of record for the Plaintiff in this action;

2. Staying this action for thirty (30) days from the date of this Court's order to permit the Plaintiff an opportunity to retain new counsel; and

3. Granting such other, further and different relief as may appear appropriate to this Court.

      **AND IT IS FURTHER ORDERED** that service of this Order to Show Cause and the papers upon which it is based, shall be made on or before the _____ day of _____, 2023 by electronic mail and overnight delivery upon:

ROCHELLE FRIEDMAN<br>
c/o Sam Sprei<br>
203 15th Avenue<br>
Brooklyn, New York 11219

and that such service shall be deemed good and sufficient service thereof with respect to the Plaintiff.

**AND IT IS FURTHER ORDERED** that any answering papers shall be served on Plaintiff's counsel so as to be received at least three (3) days before the date this Order to Show Cause is returnable.

Dated: Brooklyn, New York  **SO ORDERED:**
_____, 2023

_____