**JACOBS P.C.**
*Attorneys for Plaintiff*
595 Madison Avenue, 39th Fl.
New York, NY 10022
(718) 772-8704
Leo Jacobs, Esq.

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROCHELLE FRIEDMAN,<br><br>      Plaintiff,<br><br>v.<br><br>UNIVEST NATIONAL BANK<br>AND TRUST CO.,<br><br>      Defendant. | Case No. 22–003858 (WFK) (SJB) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned, of the law firm of JACOBS P.C., is hereby entering an appearance as counsel of record for plaintiff Rochelle Friedman, in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** all further notices and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: New York, New York
   March 9, 2023

                     **JACOBS PC**

                     /s/ Leo Jacobs
                     Leo Jacobs, Esq.
                     595 Madison Avenue, 39th Fl.
                     New York, NY 10022
                     (212) 229-0476